1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      ANSAR EL MUHAMMAD,                              No.  2:21-cv-01848-TLN-JDP

12                       Plaintiff,

13             v.                                       **ORDER**

14      CHAVEZ, et al.,

15                       Defendants.

16

17           Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief

18      under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19      28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20           On October 11, 2022, the magistrate judge filed findings and recommendations herein

21      which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22      findings and recommendations were to be filed within fourteen days.  (ECF No. 13.)  Plaintiff has

23      not filed objections to the findings and recommendations.

24           The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25      F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26      *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the

27      magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

28      ///

                                                     1

1    Having reviewed the file, the Court finds the findings and recommendations to be

2    supported by the record and by the proper analysis.

3    Accordingly, IT IS HEREBY ORDERED that:

4    1.  The Findings and Recommendations filed October 11, 2022 (ECF No. 13) are

5    ADOPTED in full;

6    2.  This action is DISMISSED for failure to prosecute, failure to comply with court orders,

7    and failure to state a claim, for the reasons set forth in the May 11, 2022 Order (ECF No. 7); and

8    3.  The Clerk of Court is directed to close the case.

9    **DATED:  November 22, 2022**

10

11

12

13    Troy L. Nunley
      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28